IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOSHUA STACY, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:13cv00194 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| SOUTHWEST VA ABINGDON VA | ) | |
| MEADOWVIEW VA JAIL, | ) | By: Norman K. Moon |
|     Defendant. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that this 42 U.S.C § 1983 action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915A(b)(1), Stacy's motion to proceed *in forma pauperis* (Docket No. 2) is **DISMISSED as moot**, and the Clerk shall **STRIKE** this action from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 24th day of April, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE